# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0508

VERSUS

CAROLINE N. HARRIS

**APRIL 23, 2026**

---

In Re:     Caroline N. Harris, applying for supervisory writs, 16th
           Judicial District Court, Parish of St. Mary, No. 2025-
           215897.

---

**BEFORE:     MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** The writ application is not signed by
the defendant or an attorney licensed to practice in the state of
Louisiana. This action is a final ruling. Supplementation of
this writ application and/or an application for rehearing will not
be considered. See Uniform Rules—Courts of Appeal, Rules 2-18.7
& 4-9.

                         **SMM**
                         **BDE**
                         **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT